Central Trust Company of New York, as Substituted Trustee, v. Jason R. Westerfield and Others, Impleaded, etc.— Motion denied, with ten dollars costs.

Ivory Chemical Company v. American Druggists Syndicate.— Motion to dismiss appeal granted, with ten dollars costs.

William Barnett v. Leo Schwortzreich.— Motion to dismiss appeal granted, with ten dollars costs.

Moses Migel and Others, as Executors, v. Heller, Hirsh & Company.— Motion to dismiss appeal granted, with ten dollars costs.

Gustave R. Tuska v. Heller, Hirsh & Company.— Motion to dismiss appeal granted, with ten dollars costs.

John Golding v. Arthur Kuttroff.— Motion denied, with ten dollars costs.

Isaac S. Meyer and Others v. Alfred H. Smith and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Irene M. Di Donato v. Interborough Rapid Transit Company.— Motion to dismiss appeal granted, with ten dollars costs.

Jacob De Jong v. B. G. Behrman Company and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Adolph Streitfeld v. Charles L. Levi and Joseph B. Levi.— Upon defendants paying within five days after decision of this motion the ten dollars costs awarded on the former motion to dismiss, and ten dollars additional costs of this motion, the motion to dismiss appeal will be denied. If these costs are not paid within five days the motion will be granted and the appeal dismissed. Order to be settled on notice.

Queen of the Moulin Rouge Company v. Hurtig & Seamon.— Motion to dismiss appeal granted, with ten dollars costs.

Guiseppe Conti and Others v. People's Surety Company of New York.— Motion to dismiss appeal granted, with ten dollars costs.

Rosie Gelb, an Infant, etc., v. Sabina Price.— Motion to dismiss appeal granted, with ten dollars costs.

William H. Black v. Siegel-Cooper Company.— Application denied, with ten dollars costs. Order signed.

American Vaudeville Circuit v. Chauncey Pongo.— Application denied, with ten dollars costs. Order signed.

William Pratt and Others v. James C. Dezell.— Application denied, with ten dollars costs. Order signed.

Samuel Wilner v. The State Bank.— Application denied, with ten dollars costs. Order signed.

Albert Farjeon v. Indian Territory Illuminating Oil Company.— Motion for reargument and for leave to go to the Court of Appeals denied, with ten dollars costs. Order resettled so that the judgment is reversed as against the defendant who appealed, and not as against the defendant who did not appeal. Order to be settled on notice.

Tony Maneri, as Administrator, etc., v. Adrian H. Joline and Others.— Motion denied, with ten dollars costs.